FILED

07/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0701

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0701

_____

HUBERT TWO LEGGINS,

      Plaintiff and Appellant,

   v.                                           O R D E R

MARK GATRELL,

      Defendant and Appellee.

_____

      This cause, which was previously classified for submission on briefs to a five-justice panel, is hereby reclassified for submission to the Court sitting en banc.

      The Clerk is directed to provide a copy hereof to all counsel of record.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 26 2023